IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 23, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　CR NO: 1:23-CR-00096-ADA-BAM

SCOTT ERIC ANDERSON

　　　　　Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　☒ Ad Prosequendum　　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Scott Eric Anderson | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint charging detainee with:　18 U.S.C. §§ 371, 844(i);, 922(g)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | MICHAEL G. TIERNEY |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/22/2023　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒ Male ☐ Female | |
| Booking or CDC #: | 2313830 | DOB: | 1978-06-25 |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | White |
| Facility Phone: | (559) 600-8600 | FBI#: | 514087VB6 |
| Currently Incarcerated | PC451D | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　(signature)