ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SCOTT ERIC ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ERIC ANDERSON,<br>AND PAUL NEW,<br><br>Defendant's. | CASE NO.: 1:23-CR-00096-ADA-BAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 9, 2023** |

**STIPULATION**

Defendant, Scott E. Anderson, by and through his counsel of record, Anthony P. Capozzi and defendant, Paul New, by and through his counsel of record, Christina M. Corcoran and the Assistant United States Attorney, Michael G. Tierney, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 14, 2023.

2. By this stipulation, defendants now move to continue the status conference until August 9, 2023, UNDER 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4].

3. Counsel for the defendant's desire additional time to consult with their clients to review the current charges, to conduct investigation and research related to the charges, to

review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

   a. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.
   b. The government does not object to the continuance.
   c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
   d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2023, to August 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B9iv) [Local Code T4], because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.  IT IS SO STIUPLATED.

DATED: June 7, 2023,          BY: /s/ Anthony P. Capozzi
                              ANTHONY P. CAPOZZI, Attorney for
                              SCOTT ERIC ANDERSON

DATED: June 7, 2023,          BY: /s/ Christina Marie Corcoran
                              CHRISTINA MARIE CORCORAN, Attorney for
                              PAUL NEW

DATED: June 7, 2023,          BY: /s/ Michael G. Tierney
                              MICHAEL G. TIERNEY
                              Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 8, 2023**                        /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE