PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00096-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| SCOTT ERIC ANDERSON and PAUL NEW, | |
| Defendants. | |

## BACKGROUND

This matter is currently scheduled for a status conference on August 9, 2023. Doc. 21. On July 25, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. *Id.* The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for August 9, 2023 be continued to November 8, 2023. Time shall be excluded from August 9, 2023 to November 8, 2023 under the Speedy Trial Act for

1

defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: August 1, 2023 | By: | /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| DATED: August 1, 2023 | By: | /s/ Anthony P. Capozzi<br>Anthony P. Capozzi<br>Attorney for Scott Eric Anderson |
| DATED: August 2, 2023 | By: | /s/ Christina Corcoran<br>Christina Corcoran<br>Attorney for Paul New |

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time shall be excluded from August 9, 2023, to November 8, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 3, 2023**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE