PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  SCOTT ERIC ANDERSON and PAUL NEW,  Defendants. | CASE NO. 1:23-CR-0096-ADA-BAM  AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
|---|---|

**BACKGROUND**

This matter is currently scheduled for a status conference on November 8, 2023.  Doc. 24. On October 24, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference.  *Id.*  The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations.  The parties have therefore agreed to stipulate to a continuance of the status conference.

**STIPULATION AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for November 8, 2023 be continued to January 10, 2024.  Time shall be excluded from November 8, 2023 to January 10, 2024 under the Speedy Trial Act

1

for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

                                                   Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                   United States Attorney

DATED: November 2, 2023                  By:     /s/ Michael G. Tierney
                                                               Michael G. Tierney
                                                               Assistant United States Attorney

DATED: November 2, 2023                  By:     /s/ Anthony P. Capozzi
                                                               Anthony P. Capozzi
                                                               Attorney for Scott Eric Anderson

DATED: November 2, 2023                  By:     /s/ Christina Corcoran
                                                               Christina Corcoran
                                                               Attorney for Paul New

## **ORDER**

     IT IS SO ORDERED that the status conference is continued from November 8, 2023, to **January 10, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

    Dated:   **November 2, 2023**                /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE