1  ANTHONY P. CAPOZZI, CSBN: 068525
   THE LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Telephone:    (559) 221-0200
   Facsimile:    (559) 221-7997
4  E-Mail:       Anthony@ capozzilawoffices.com
   www.capozzilawoffices.com

Attorney for Defendant,
SCOTT E. ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) CASE NO.: 1:23-CR-00096-NODJ-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CASE FOR CHANGE OF PLEA ON JANUARY 29, 2024, FOR DEFENDANT, SCOTT E. ANDERSON** |
| v. | |
| SCOTT E. ANDERSON | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for a status conference on January 24, 2024, for Defendant, Scott E. Anderson. Doc 31. On January 8, 2024, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. Doc. 32. The Government and Scott E. Anderson have agreed to set the matter for a change of plea on January 29, 2014, and to vacate the settlement conference set for January 24, 2024.

## STIPULATION AND [PROPSED] ORDER

ITS IS HEREBY STIPULATED by and between the Government, and Defendant, Scott E. Anderson and through their respective attorneys, that the status conference currently set for January 24, 2024, be vacated and that a change of plea be set for January 29, 2024. Time shall be excluded from January 24, 2024, to January 29, 2024, under the Speedy

Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

Dated: January 9, 2024,        By: */s/ Anthony P. Capozzi*_____
                               ANTHONY P. CAPOZZI, Attorney for
                               SCOTT E. ANDERSON

Dated: January 9, 2024,        By: */s/ Michael G. Tierney*_____
                               MICHAEL G. TIERNEY,
                               Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the status conference set for January 24, 2024, be vacated and this case be set for a **change of plea on January 29, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

Time shall be excluded from January 24, 2024, to January 29, 2024, under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 9, 2024**              /s/ *Barbara A. McAuliffe*_____
                                         UNITED STATES MAGISTRATE JUDGE