# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:23-CR-00096-NODJ-BAM |
| SCOTT ERIC ANDERSON | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Scott Eric Anderson
Detained at: Fresno County Jail

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. §§ 371, 844(i), 922(g)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary JANUARY 29, 2024 at 8:30 am in the Eastern District of California.*

Signature: /s/ Michael G. Tierney
Printed Name & Phone No: MICHAEL G. TIERNEY
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **January 26, 2024**

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male | ☐ Female |
| Booking or CDC #: | | DOB: | 1989-05-21 |
| Facility Address: | | Race: | White |
| Facility Phone: | | FBI#: | 386004RC4 |
| Currently Incarcerated | Possession Controlled Substance While Armed | | |

## RETURN OF SERVICE

Executed on: _____    _____
(signature)