**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

Apr 22, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    CR NO: 1:23-CR-00096-NODJ-BAM

SCOTT ERIC ANDERSON

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   Scott Eric Anderson

Detained at         Fresno County Jail

Detainee is:    a.)   ☒ charged in this district by:   ☒ Indictment ☐ Information ☐ Complaint
                      charging detainee with:   18 U.S.C. §§ 371, 844(i), 922(g)(1)

        or      b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ☒ return to the custody of detaining facility upon termination of proceedings
        or      b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

*Appearance is necessary May 6, 2024 at 8:30 A.M in the Eastern District of California.*

Signature:                   /s/ Michael G. Tierney
Printed Name & Phone No:      Michael G. Tierney
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **forthwith,** and any further proceedings to be had in
this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   April 22, 2024

                             *Erica P. Grosjean*
                             Honorable Erica P. Grosjean
                             U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable):                              ☒Male   ☐Female
Booking or CDC #:        2313830                      DOB:    1978-06-25
Facility Address:        Fresno County Jail          Race:   White
Facility Phone:                                      FBI#:   514087VB6
Currently Incarcerated   Arsons of Property

## RETURN OF SERVICE

Executed on:   _____        _____
                                        (signature)