**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:23-CR-00096-NODJ-BAM |
| **SCOTT ERIC ANDERSON,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:    Scott Eric Anderson

Detained at       Fresno County Jail;

Detainee is:     a.)   ☒ charged in this district by:    ☒ Indictment   ☒ Information ☐ Complaint
                        charging detainee with:    18 U.S.C. §§ 371, 844(i), 922(g)(1)

     or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☒ return to the custody of detaining facility upon termination of proceedings
     or    b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                   is currently being served at the detaining facility

***Appearance is necessary June 17, 2024 at 8:30 A.M. in the Eastern District of California.***

Signature:            */s/ Michael G. Tierney*

Printed Name & Phone No:     Michael G. Tierney (559) 497-4039

Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

IT IS SO ORDERED.

Dated:    **May 6, 2024**

                                  UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if                                                    ☒Male   ☐Female
Booking or CDC #:    2313830                                  DOB:     1978-06-25
Facility Address:    Fresno County Jail                       Race:    White
Facility Phone:                                               FBI#:    514087VB6
Currently            Arsons of Property

**<u>RETURN OF SERVICE</u>**

Executed on: _____    _____
                                                        (signature)