ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SCOTT E. ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:23-CR-00096-NODJ-BAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF JUNE 17, 2024** |
| v. ) | |
| SCOTT E. ANDERSON ) | |
| Defendant. ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

Defendant, Scott E. Anderson by through his Attorney, Anthony P. Capozzi, and the United States of America, by and through the Assistant United States Attorney, Michael G. Tierney, stipulate that the sentencing date of June 17. 2024, be vacated, and continued to August 12, 2024. Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney represents the defendant in the above-entitled case.

2. The defendant has been in custody since May 24, 2023. (Docket # 9)

3. On January 29, 2024, Scott E. Anderson entered into a plea pursuant to a plea agreement with sentencing set for June 17. 2024.(Docket # 33)

4. Due to ongoing trial, in United States v. Agricultural Contracting Services Association, dba American Labor Alliance, Marcus Asay, and Antonio Gastelum, 1:19CR-00003-DAD, this attorney is unable to be prepared for the scheduled Sentencing date of June 17. 2024.

5. The United States Government does not oppose this request

It is respectfully requested that the sentencing date be continued to August 12, 2024, at 10:00 am.

I declare under penalty and perjury under the law of the State of California that the foregoing is true and correct.

Executed on the 10th day of June 2024, at Fresno, California.

Respectfully submitted,
By: */s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
SCOTT E. ANDERSON

**IT IS SO STIPULATED.**

Dated: June 10, 2024,    By: */s/ Michael G. Tierney*_____
MICHAEL G. TIERNEY,
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from June 17, 2024, to **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **June 10, 2024**              /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE