ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SCOTT ERIC ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

|  |  |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiff, <br><br> v. <br><br> SCOTT ERIC ANDERSON, <br><br> Defendant. | CASE NO.: 1:23-cr-00096-NODJ-BAM-1 <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF AUGUST 12, 2024** |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

Defendant, Scott E. Anderson by and through his attorney, Anthony P. Capozzi, and the United States of America, by and through the Assistant United States Attorney, Michael G. Tierney, stipulate that the sentencing date of August 12, 2024, be vacated, and continued to October 7, 2024.  Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney represents the defendant in the above-entitled case.

2. The defendant has been in custody since May 24, 2023.  (Docket # 9)

1
STIPULATION AND ORDER TO CONTINUE SENTENCING
CASE NO.: 1:23-CR-00096-NODJ-BAM

3. On January 29, 2024, Scott E. Anderson plead guilty to the charges in this case with sentencing set for June 17, 2024. (Docket #33) The sentence date was continued to August 12, 2024. (Docket # 72)

4. On March 21, 2024, Scott E. Anderson, plead guilty in Fresno County Superior Court to similar charges and was sentenced on May 16, 2024. This sentence was to be concurrent to his federal sentence.

5. An issue has arisen as to whether U.S.S.G. 5G1.3 applies in this case since the defendant has been in state custody and has been sentenced.

6. This attorney begins an attempted murder case in People v. Jagtar Singh, Case No. F23903919, in the Fresno County Superior Court which is expected to last approximately 15 days. The case of People v. Paul Rodriguez, Case No. M19925929, in the Fresno County Superior Court will be trailing the Singh case since the Rodriquez case was specifically set due to the victim's unavailability.

7. This attorney has matters set in United States v. Stefan Kirkeby, Case No. 1:22CR00228-JLT-SKO, and United States v. Sawtantra Chopra, Case No. 1:18CR-00086-JLT-SKO set before Judge Thurston on August 12, 2024.

Request is being made to appear on those two cases from my Fresno County Superior Court trial.

8. This attorney cannot be present for the sentencing on August 12, 2024, in Sacramento, and respectfully asks for a continuance to October 7, 2024.

9. The government has no objection to this request.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on the 19th day of July 2024, at Fresno California.

BY: /s/ *Anthony P. Capozzi*
ANTHONY P. CAPOZZI, Attorney for
SCOTT ERIC ANDERSON

IT IS SO STIPULATED.

DATED: July 19, 2024,                    BY: /s/ Michael G. Tierney
                                         MICHAEL G. TIERNEY
                                         Assistant United States Attorney

## **ORDER**

It is hereby ordered that the Sentencing Date of August 12, 2024, as to SCOTT ERIC ANDERSON, be **VACATED** and a new Sentencing Date be **SET** for **October 07, 2024**. IT IS SO ORDERED.

Dated: July 23, 2024                     /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE